1238

No. 95-8666.  BIES *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95-8680.  PARKHURST ET AL. *v.* SHILLINGER, WARDEN. C. A. 10th Cir.  Certiorari denied.

No. 95-8687.  SANTIAGO *v.* SNYDER, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95-8721.  SNURKOWSKI *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 95-8747.  HARRIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95-8759.  OLLIE *v.* KUHN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95-8762.  ISAAC *v.* TAYLOR, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95-8770.  CHILLI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95-8773.  SALDAMARCO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95-8774.  OLEKA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95-8775.  PADGETT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95-8798.  STANCIL *v.* MOO & OINK, INC.  C. A. 7th Cir. Certiorari denied.

No. 95-8802.  SANDERS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95-8810.  HYDE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95-8832.  BENNETT *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95-8834.  COOK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.